|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

CALIFORNIA CAPITAL INSURANCE COMPANY,

        Plaintiffs,

    v.

REPUBLIC UNDERWRITERS INSURANCE COMPANY,

        Defendants.

Case No. 19-cv-02141-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 13, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   September 27, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 18, 2020.

DESIGNATION OF EXPERTS: April 13, 2020; REBUTTAL: May 1, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 18, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 14, 2020;
    Opp. Due: February 28, 2020; Reply Due: March 6, 2020;
    and set for hearing no later than March 20, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: June 9, 2020 at 3:30 PM.

COURT TRIAL DATE: June 22, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

If necessary, an ADR process shall be assigned after rulings on the cross motions for summary judgment.

The parties shall complete initial disclosures by 8/23/19.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 8/15/19

SUSAN ILLSTON
United States District Judge