UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>REPUBLIC UNDERWRITERS INSURANCE COMPANY,<br><br>    Defendant. | Case No. 19-cv-02141-SI<br><br>**JUDGMENT** |

The Court has granted defendant's motion for summary judgment. Dkt. No. 34. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 27, 2020

                _____
                SUSAN ILLSTON
                United States District Judge